NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LESTER MCDANIEL,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2012-3049

---

Petition for review of the Merit Systems Protection Board in case no. SF0752100681-I-1.

---

## ON MOTION

---

## ORDER

Lester McDaniel moves for a 14-day extension of time, until April 9, 2012, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 29 2012**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Jeffrey H. Jacobson, Esq.
    Jane W. Vanneman, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 29 2012

JAN HORBALY
CLERK